UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATALIE McCANTS,

    Plaintiff,

                                  Case No. 04-74905

v.                               Honorable John Corbett O'Meara

AT&T CORPORATION,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S NOVEMBER 23, 2005 <u>MOTION FOR RECONSIDERATION</u>

This matter came before the court on defendant AT&T's November 23, 2005 motion for reconsideration of the court's November 14, 2005 order denying Defendant's motion for summary judgment. As recited by Defendant in its motion, Local Rule 7.1(g)(3) provides that "the court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by implication."

The court, in ruling on Defendant's motion for summary judgment, heard and considered Defendant's arguments before denying the motion. The motion for reconsideration presents the same issues ruled upon. Therefore, it is hereby **ORDERED** that Defendant's November 23, 2005 motion for reconsideration is **DENIED.**

                                                             s/John Corbett O'Meara
                                                              John Corbett O'Meara
                                                               United States District Judge

Dated: <u>December 21, 2005</u>